IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA          :          5:24-MJ-28

                                  :

                                  :

               v.                 :

                                  :          Chief Magistrate Judge Saporito

                                  :          FILED
                                             WILKES BARRE
MYKAYLIAH HEVENER,                :

                                  :          APR 19 2024

          Defendant.             :          PER _____
                                             DEPUTY CLERK

**ORDER**

AND NOW, this 18th day of April, 2024, pursuant to the Due Process

Protections Act, **IT IS HEREBY ORDERED THAT:**

1.     The United States is obligated, pursuant to *Brady v.*

*Maryland,* 373 U.S. 83 (1963), *Giglio v United States,* 405 U.S. 150

(1972), and subsequent cases, to timely disclose information favorable to

the defense as to criminal liability on the charged offense(s) or mitigation

of any punishment that may be imposed.  Such favorable information

includes information that may cast doubt on the credibility of

government witnesses.

2. Possible consequences for violating this order include exclusion of evidence, dismissal of charges, contempt proceedings, disciplinary referral, and any other relief authorized by law.

JOSEPH F. SAPORITO, JR.
Chief United States Magistrate Judge

2