UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA　　　:　CR. NO.

　　　　　　　　　　　　　　　　:

　　　　　　　v.　　　　　　　　:

　　　　　　　　　　　　　　　　:

MYKAYLIAH HEVENER,　　　　　　:

　　　　　　　　　　　　　　　　:

　　　　　Defendant　　　　　　:

FILED
SCRANTON

APR 23 2024

PER___JKC_____
　　　　DEPUTY CLERK

**INDICTMENT**

THE GRAND JURY CHARGES:

**COUNT 1**
18 U.S.C. § 2251(a)
(Production of Child Pornography)

On or about April 29, 2023, in Lackawanna County, in the Middle District of Pennsylvania, and elsewhere, the defendant,

**MYKAYLIAH HEVENER,**

did knowingly employ, use, persuade, induce, entice and coerce a minor, MINOR VICTIM 1, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct and transmitting a live visual depiction of such conduct, and the visual depiction was produced and transmitted using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Section 2251(a).

## THE GRAND JURY FURTHER CHARGES:

### COUNT 2
18 U.S.C. § 2252(a)(2)
(Distribution of Child Pornography)

On or about April 29, 2023, in Lackawanna County, in the Middle District of Pennsylvania, and elsewhere, the defendant,

### MYKAYLIAH HEVENER,

did use a means and facility of interstate and foreign commerce to knowingly distribute visual depictions of minors engaged in sexually explicit conduct that were mailed, shipped, and transported, and which contained materials that were mailed, shipped, and transported, in interstate and foreign commerce, and in and affecting interstate and foreign commerce, by any means, including by computer and cell phone, and the production of such visual depictions involved the use of a minor engaging in sexually explicit conduct.

2

In violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

A TRUE BILL

GERARD M. KARAM
United States Attorney

LUISA HONORA BERTI
Assistant United States Attorney

4/23/2024
Date

3