## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA :
:
:
:
v. :            3:24-CR-107
:
MYKAYLIAH HEVENER, :
:
Defendant :

### PLEA

AND NOW, this __15__ day of May, 2024, the within named

Defendant, MYKAYLIAH HEVENER, having been arraigned in open

Court, hereby pleads **NOT GUILTY** to the within Indictment.

_____
Defendant